### HESTER v. THE STATE.

(Decided December 16, 1915.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WM. E. FORT.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—No transcript having been filed in this court, the cause is affirmed on motion of the Attorney General on certificate.

THOMAS, J., not sitting.

---

### TICE v. THE STATE.

(Decided February 3, 1916.)

APPEAL from Henry Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—The certificate having been filed, and no further steps having been taken to perfect the appeal, by filing the transcript or otherwise, and the time for bill of exceptions having expired, appeal is dismissed on motion of the Attorney General.